433 A.2d 554

Luken v. Entine, M.D. et al.

Appeal of Joseph Entine, M.D.

▮▮▮▮▮▮▮▮▮▮▮▮▮▮▮

Argued February 3, 1981. John P. Dougherty, III, for appellant; Barbara E. Sarkin, for Luken, appellee; A. Arthur Hanamirian, for Foreman, M.D., appellee.

Before WICKERSHAM, POPOVICH and WATKINS, JJ.

Affirmed.